Case 4:18-cv-02463 Document 13 Filed on 10/16/18 in TXSD Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
October 17, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| OCWEN LOAN SERVICING, LLC, | § § | |
| Plaintiff, | § § | |
| | § | Civil Action No. 4:18-cv-2463 |
| v. | § § | |
| JANET HUDSON-JONES and JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, | § § § § § | |
| Defendants. | § | |

### ORDER FOR DEFAULT JUDGMENT AGAINST DEFENDANT JPMORGAN CHASE BANK, NATIONAL ASSOCATION

On this day came on to be considered the above-entitled and numbered cause wherein Ocwen Loan Servicing, LLC ("Plaintiff" or "Ocwen"), is the Plaintiff and JPMorgan Chase Bank, National Association ("Defendant" or "JPMorgan") is a Defendant. JPMorgan, although having been duly and legally summoned to appear and answer, failed to appear and answer, and wholly made default on Plaintiff's claims against it.

### I.

JPMorgan was served according to law and a summons was returned to the Clerk where it remained on file for the time required by law. The Court has read the pleadings and the papers on file, and is of the opinion that the allegations against JPMorgan have been admitted. The Court further finds that Plaintiff does not seek monetary damages against JPMorgan, but instead seeks certain declarations regarding the real property that is the subject of this matter.

### II.

In light of JPMorgan's default and the nature of Plaintiff's claims, the Court orders as follows:

It is **ORDERED, ADJUDGED, and DECREED** that the material allegations found in Plaintiff's Original Complaint are deemed admitted as to JPMorgan. It is further,

**ORDERED, ADJUDGED, and DECREED** that Plaintiff holds a first and superior interest in the real property commonly known as 709 Luella Avenue, Deer Park, Texas 77536, and more particularly as:

> LOT 8, OF DEER PARK GARDENS, SECTION 2-B, A SUBDIVISION IN HARRIS COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF, RECORDED IN VOLUME 239, PAGE 55 OF THE MAP RECORDS OF HARRIS COUNTY, TEXAS

(the "Property") as to JPMorgan. It is further,

**ORDERED, ADJUDGED, AND DECREED** that any lien created by the Deed of Trust recorded under Document No. P272629 on June 8, 1993 in the Real Property Records for Harris County, Texas, which was assigned of record to Defendant JPMorgan Chase Bank, National Association, is released, void, and of no effect on the Property. It is further

**ORDERED, ADJUDGED, AND DECREED** that Defendant JPMorgan has no interest in the Property. It is further,

**ORDERED, ADJUDGED, and DECREED** that all costs of Plaintiff and JPMorgan are to be taxed against JPMorgan.

Signed this _____ day of OCT 1 6 2018 _____

_____
UNITED STATES DISTRICT JUDGE